# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

| | |
|---|---|
| In re FIRST ASSURED WARRANTY CORPORATION, doing business as 1SourceAutoWarranty.com, doing business as Assured Warranty Corporation, doing business as First Warranty Corporation,<br><br>Debtor.<br><br>---<br><br>J.P. SCHMIDT, Insurance Commissioner of the State of Hawaii,<br><br>Appellant,<br><br>v.<br><br>FIRST ASSURED WARRANTY CORPORATION, NANCY PERNA, F. MITCHELL HOWELL, RONNY HOWELL, LISA HOLDEN, AMY SANDIFER, and JOSH HOWELL,<br><br>Appellees. | BAP No. CO-07-042<br><br>Bankr. No. 06-13669-MER<br>Chapter 11<br><br>ORDER GRANTING MOTION<br>TO TRANSFER APPEAL<br>TO U.S. DISTRICT COURT<br><br>March 30, 2007 |

Before MCFEELEY, MICHAEL, and MCNIFF, Bankruptcy Judges.

---

The matter before the Court is the Appellant's Motion to Transfer Appeal to U.S. District Court ("Motion") filed by J.P. Schmidt, Insurance Commissioner of Hawaii. The Shareholders of First Assured Warranty Corp. filed a perfunctory objection to Appellant's Motion.

The appeal was docketed by the clerk of this Court as a Bankruptcy Appellate Panel appeal because Appellant's Statement of Election was not electronically filed immediately following the electronic filing of the Notice of Appeal. Upon satisfactory explanation for the de minimis and unintentional delay between the filings, the Court finds that Appellant's motion should be granted.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

For the Panel:
Barbara A. Schermerhorn, Clerk of Court
By:

Kelly Hopfer
Attorney Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated:     04/02/07

Signed:     *Christine Eckhardt*
            Bankruptcy Court Deputy Clerk