IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-659-AP** (consolidated with **07-cv-898-AP**)

IN RE:

**FIRST ASSURED WARRANTY CORPORATION, a Colorado corporation,**

    Debtor.

**J. P. SCHMIDT, Insurance Commissioner of the State of Hawaii**,

    Appellant,

v.

**FIRST ASSURED WARRANTY CORPORATION, and
SHAREHOLDERS OF FIRST ASSURED WARRANTY CORPORATION,**

    Appellees.

## ORDER OF CONSOLIDATION

Kane, J.

Appellant's Uncontested Motion to Consolidate Appeals (doc. #16), filed May 25, 2007, is GRANTED. In the interest of judicial economy, case number 07-cv-898-AP is consolidate with case number 07-cv-649-AP.

Dated this 25th day of May, 2007.

                                BY THE COURT:

                                *S/John L. Kane*
                                Senior Judge, United States District Court