IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-659-AP** (consolidated with **07-cv-898-AP**)

IN RE:

**FIRST ASSURED WARRANTY CORPORATION, a Colorado corporation,**

       Debtor.

**J. P. SCHMIDT, Insurance Commissioner of the State of Hawaii**,

       Appellant,

v.

**FIRST ASSURED WARRANTY CORPORATION, and
SHAREHOLDERS OF FIRST ASSURED WARRANTY CORPORATION,**

       Appellees.

## AMENDED ORDER OF CONSOLIDATION

Kane, J.

Appellant's Uncontested Motion to Consolidate Appeals (doc. #16), filed May 25, 2007, is GRANTED. In the interest of judicial economy, case number 07-cv-898-AP is consolidate with case number 07-cv-659-AP.

Dated this 31th day of May, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court