IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-659-AP** (consolidated with **07-cv-898-AP**)

IN RE:

**FIRST ASSURED WARRANTY CORPORATION, a Colorado corporation,**

    Debtor.

**J.P. SCHMIDT, Insurance Commissioner of the State of Hawaii,**

    Appellant,

v.

**FIRST ASSURED WARRANTY CORPORATION, and
SHAREHOLDERS OF FIRST ASSURED WARRANTY CORPORATION,**

    Appellees.

---

**ORDER GRANTING JOINT MOTION TO
TEMPORARILY HOLD APPEAL IN ABEYANCE**

---

This matter is before the Court on the Joint Motion to Temporarily Hold Appeal in Abeyance (doc. #31) filed July 3, 2007 by Appellant J.P. Schmidt, Insurance Commissioner of the State of Hawaii, in his capacity as the duly appointed Liquidator of PrimeGuard Insurance Company, Inc. ("Commissioner"), Appellee First Assured Warranty Corporation ("First Assured"), and Appellee Shareholders of First Assured ("Shareholders"). Sufficient cause being shown, the Court hereby:

ORDERS that it shall hold this appeal in abeyance, including staying all deadlines, for forty-five days.

The Court FURTHER ORDERS that Appellant shall file a status report with the Court on or before forty-five days from the date of this Order advising the Court of the status of settlement discussions.

The Court FURTHER ORDERS that upon Appellant's submission of its status report, the Court shall issue a revised briefing schedule.

DATED: July 10, 2007

                                      BY THE COURT:

                                      ***S/John L. Kane***
                                      John L. Kane, Senior Judge
                                      United States District Court