IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-659-AP** (consolidated with **07-cv-898-AP**)

IN RE:

**FIRST ASSURED WARRANTY CORPORATION, a Colorado corporation,**

    Debtor.

**J.P. SCHMIDT, Insurance Commissioner of the State of Hawaii,**

    Appellant,

v.

**FIRST ASSURED WARRANTY CORPORATION, and**
**SHAREHOLDERS OF FIRST ASSURED WARRANTY CORPORATION,**

    Appellees.

---

## ORDER GRANTING MOTION
## TO TEMPORARILY HOLD APPEAL IN ABEYANCE

---

This matter is before the Court on the Joint Status Report and Motion to Temporarily Hold Appeal in Abeyance (doc. #35), filed October 15, 2007.  The Motion is GRANTED.  This matter shall be STAYED through November 15, 2007.  The parties shall file an additional status report by November 15, 2007, indicating the status of this matter and whether further briefing will be necessary.

DATED:  October 16, 2007

                                                      BY THE COURT:

                                                      *s/John L. Kane*
                                                      U.S. District Court Judge