IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00659-AP** (consolidated with **07-cv-00898-AP**)

IN RE:

**FIRST ASSURED WARRANTY CORPORATION, a Colorado corporation,**

    Debtor.

**J.P. SCHMIDT, Insurance Commissioner of the State of Hawaii,**

    Appellant,

v.

**FIRST ASSURED WARRANTY CORPORATION, and
SHAREHOLDERS OF FIRST ASSURED WARRANTY CORPORATION,**

    Appellees.
_____

### ORDER GRANTING MOTION TO CONTINUE STAY OF APPEAL
_____

This matter is before the Court on the Joint Motion to Continue Stay of Appeal (doc. #40) filed November 16, 2007, by Appellant J.P. Schmidt, Insurance Commissioner of the State of Hawaii, in his capacity as the duly appointed Liquidator of PrimeGuard Insurance Company, Inc. ("Commissioner"), Appellee First Assured Warranty Corporation ("First Assured"), and Appellee Shareholders of First Assured ("Shareholders"). The motion is GRANTED. It is

ORDERED that this matter shall continue to be stayed through November 29, 2007.

It is FURTHER ORDERED that the parties shall file a further request for a stay, or a status report, by November 29, 2007.

DATED:  November 16, 2007

BY THE COURT:

*S/John L. Kane*
U.S. District Court Judge