# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-659-AP** (consolidated with **07-cv-00898-AP**)


In re:

FIRST ASSURED WARRANTY CORPORATION,
a Colorado corporation,

EIN: 84-1366869

       Debtor.

_____

J.P. SCHMIDT, Insurance Commissioner of the State of Hawaii,

       Appellant,

v.

FIRST ASSURED WARRANTY CORPORATION and SHAREHOLDERS OF FIRST
ASSURED WARRANTY CORPORATION,

       Appellees.

_____

## ORDER GRANTING SECOND JOINT MOTION TO
## CONTINUE STAY OF APPEAL

This matter is before the Court on the Second Joint Motion to Continue Stay of
Appeal (doc. #47), filed January 30, 2008, by Appellee First Assured Warranty Corporation
("First Assured"), with the consent of Appellant J.P. Schmidt, Insurance Commissioner of
the State of Hawaii, in his capacity as the duly appointed Liquidator of PrimeGuard
Insurance Company, Inc. ("Commissioner"), and Appellee Shareholders of First Assured
("Shareholders"). The Motion is GRANTED. It is


ORDERED that this matter shall continue to be stayed through March 31, 2008.

It is FURTHER ORDERED that the parties shall file a further request for a stay, or a status report, by March 31, 2008.

DATED:      <u>January 31, 2008</u>


BY THE COURT:


<u>***s/John L. Kane***</u>
U.S. District Court Judge