IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-659-AP** (consolidated with **07-cv-898-AP**)

IN RE:

**FIRST ASSURED WARRANTY CORPORATION,**

      Debtor.

**J. P. SCHMIDT, Insurance Commissioner of the State of Hawaii**,

      Appellant,

v.

**FIRST ASSURED WARRANTY CORPORATION, and
SHAREHOLDERS OF FIRST ASSURED WARRANTY CORPORATION,**

      Appellees.

---

## ORDER OF DISMISSAL

---

Kane, J.

      Pursuant to the Stipulation of Dismissal (doc. #58), filed June 4, 2008, it is

      **ORDERED** that these consolidated appeals are **DISMISSED.**

      Dated this 4th day of June, 2008.

                       BY THE COURT:

                       *S/John L. Kane*
                       JOHN L. KANE, SENIOR JUDGE
                       UNITED STATES DISTRICT COURT